**United States District Court**
For the Northern District of California

1
2
3
4
5
6            UNITED STATES DISTRICT COURT
7            NORTHERN DISTRICT OF CALIFORNIA
8
9  JOSEPH P. GUTIERREZ,                     No. C 08-3906 SI (pr)
10              Petitioner,                 **ORDER**
11        v.
12 B. CURRY,
13              Respondent.
14                                        /
15
16    Petitioner's <u>ex parte</u> motion for extension of time to file a traverse is GRANTED. (Docket
17 # 7.) The traverse filed on August 27, 2009 is deemed timely filed.
18    IT IS SO ORDERED.
19 DATED: October 20, 2009
                                                       _____
20                                                     SUSAN ILLSTON
                                                       United States District Judge