UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH P. GUTIERREZ,

      Petitioner,

  v.

B. CURRY,

      Respondent.

No. C 08-3906 SI (pr)

**ORDER PERMITTING SUPPLEMENTAL BRIEFS**

A recent en banc decision from the Ninth Circuit addressed important issues relating to federal review of parole decisions, Hayward v Marshall, No. 06-55392, 2010 WL 1664977 (9th Cir. April 22, 2010) (en banc). The court will provide each party an opportunity to submit a supplemental brief (not to exceed **15 pages** in length) explaining his views of how the Hayward en banc decision applies to this parole denial habeas case. The court sets the following schedule:

1. No later than **May 10, 2010**, respondent must send to petitioner a copy of the Hayward en banc decision.

2. No later than **May 28, 2010**, respondent must file and serve any supplemental brief on the impact of Hayward on this action.

3. No later than **July 2, 2010**, petitioner must file and serve any supplemental brief on the impact of Hayward on this action.

IT IS SO ORDERED.

DATED: April 27, 2010

                                                SUSAN ILLSTON
                                            United States District Judge