# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. GUTIERREZ, | No. C 08-3906 SI (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| B. CURRY, Warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied. Judgment is hereby entered in favor of respondent.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: September 30, 2010

SUSAN ILLSTON
United States District Judge